BROADWAY *v.* THE STATE.—In error.

A PERSON conveyed to trustees a piece of ground for the purpose of having a public school-house erected thereon; and the house was accordingly built. *Held*, that the grant was not forfeited, merely because the trustees had permitted religious, political, and temperance meetings, to be held in the house at times when such meetings did not materially interfere with any school taught in the house.